IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON RENEE HARVEY, ) | No. C 07-2247 SBA (PR) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| BEN CURRY, Warden, ) | |
| Respondent. ) | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

DATED: 5/17/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

\PRO-SE\HC.07\Harvey2247.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEON RENEE HARVEY,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.
_____/

Case Number: CV07-02247 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leon Renee Harvey V72083
California State Prison - Solano
Bldg. 11/2334
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696

Dated: May 21, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

\PRO-SE\HC.07\Harvey2247.jud.wpd       2